C. N. Coby Cohen, CA Bar #202711
James K. Vucinovich (*Pro Hoc Vice Pending*)
ROSSI VUCINOVICH PC 1000 Second Avenue Suite 1780
Seattle, WA 98104
Tel (425) 646-8003
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. KRAM, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK, a District of Columbia corporation, <br><br> Defendants. | **CASE NO. 2:20-cv-02177-MCE-KJN** <br> *Complaint filed:10/29/20* <br> *Trial Date: not set* <br><br> **ORDER GRANTING STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER** |

This matter comes before the court on the parties' *Joint Stipulation to Amend Pretrial Scheduling Order,* and the Court having reviewed the files and records herein and finding good cause exists,

**IT IS HEREBY ORDERED** that the following deadlines established in the Court's Pretrial scheduling order (ECF 3) are extended as follows:

////

////

////

////

////

1
ORDER GRANTING STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER

| EVENT | CURRENT DEADLINE | EXTENDED DATE |
|---|---|---|
| Discovery Completed | November 1, 2021 | March 1, 2022 |
| Expert witness disclosure deadline | December 31, 2021 | January 15, 2022 |
| Supplemental expert witness disclosure | January 31, 2022 | February 15, 2022 |

All other provisions contained in the said Pretrial Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

Dated:  October 22, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE