1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
8          EASTERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| DAVID M. KRAM, | **CASE NO. 2:20-cv-02177-MCE-KJN** |
| Plaintiff, | *Complaint filed:10/29/20*<br>*Trial Date: not set* |
| v. | |
| NATIONAL RAILROAD PASSENGER<br>CORPORATION a/k/a AMTRAK, a District of<br>Columbia corporation, | **ORDER GRANTING STIPULATION TO<br>AMEND PRETRIAL SCHEDULING<br>ORDER** |
| Defendants. | |

This matter comes before the court on the parties' *Stipulation to Amend Pretrial Scheduling Order,* and the Court having reviewed the files and records herein and finding good cause exists,

**IT IS HEREBY ORDERED** that the following deadlines established in the Court's Pretrial Scheduling Orders (ECF 3 and 10) are extended as follows:

| EVENT | CURRENT DEADLINE | PROPOSED EXTENSION |
|---|---|---|
| Discovery Completed | March 1, 2022 | May 2, 2022 |
| Expert witness disclosure deadline | January 15, 2022 | March 14, 2022 |
| Supplemental expert witness disclosure | February 15, 2022 | April 14, 2022 |
| Joint Notice of Trial Readiness Deadline | March 2, 2022 | May 14, 2022 |

1    All other provisions contained in the Pretrial Scheduling Order (ECF No. 3 as amended

2   by ECF No. 10) remain in full force and effect.

3    IT IS SO ORDERED.

4   Dated:  November 18, 2021

5

6   _____
    MORRISON C. ENGLAND, JR.
    SENIOR UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER