UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| DAVID M. KRAM,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK, a District of Columbia corporation,<br><br>　　　　　Defendants. | **CASE NO. 2:20-cv-02177-MCE-KJN**<br>*Complaint filed:10/29/20*<br>*Trial Date: not set*<br><br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL** |

　　　　Pursuant to the Joint Stipulation for Dismissal by and between plaintiff, DAVID M. KRAM, and defendant, NATIONAL RAILROAD PASSENGER CORPORATION, this case is DISMISSED with prejudice, as to all parties and all causes of action, pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party agrees to bear its/their own fees and costs, and the Clerk of Court is directed to close the case.

　　　　**IT IS SO ORDERED**.

DATED:  December 19, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE